IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JAVARRIOUS GOLDWIRE,

    Petitioner,

v.                                                                                                4:22cv173–WS/MJF

SECRETARY FLORIDA DEPARTMENT
OF CORRECTIONS,

    Respondent.

_____

## ORDER DISMISSING PETITIONER'S PETITION
## FOR WRIT OF MANDAMUS

Before the court is the magistrate judge's report and recommendation (ECF No. 3) docketed May 12, 2022. The magistrate judge recommends that Petitioner's petition for writ of mandamus be dismissed for lack of subject matter jurisdiction. Petitioner has filed a response (ECF No. 4) to the report and recommendation, explaining that he intended to file his petition in the Leon County Circuit Court and, in fact, mailed the petition to the Clerk of the Circuit Court at 301 South Monroe Street. *See* ECF No. 1, pp. 1 & 28. It appears that the post office delivered Petitioner's petition to this court in error.

Having reviewed the matter, this court has determined that the report and

recommendation should be adopted.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (ECF No. 3) is ADOPTED and incorporated by reference into this order of the court.

2. Petitioner's petition (ECF No. 1) for writ of mandamus is DISMISSED for lack of jurisdiction.

3. The clerk is directed to enter judgment stating: "Petitioner's petition for writ of mandamus is DISMISSED."

4. The clerk shall close the case.

5. The clerk shall send a copy of Petitioner's petition for writ of mandamus, the magistrate judge's report and recommendation, Petitioner's response to the report and recommendation, and this order adopting the report and recommendation to the Clerk of the Circuit Court in and for Leon County, 301 South Monroe Street, Tallahassee FL 32301.

DONE AND ORDERED this ___26th___ day of ___May___, 2022.

s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE